NUMBER 13-09-00182-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

RAYMONDVILLE INDEPENDENT SCHOOL Appellants,

DISTRICT AND ALBERTO TREVINO, 


v.



EDWIN BARRERA D/B/A PHD CONSULTING, Appellee. 

____________________________________________________________


On Appeal from the 197th District Court 


of Willacy County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellants, Raymondville Independent School District and Alberto Trevino,
perfected an appeal from a judgment entered by the 197th District Court of Willacy County,
Texas, in cause number 2005-CV-0385-A. Appellants have filed a motion for voluntary
dismissal and request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent agreement
of the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellants' request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 11th day of June, 2009.